Screen

B-Block z819

Inmate Name
Inmate #  12011
ICAPP DEPARTMENT OF CORRECTIONS
Institution  IMSI
Address  PO Box 51,
City, State, Zip  Boise SI,
ID FACILITY ADDRESS  40,
Boise SI 40, 83707

U.S. MARSHAL
MAY 21 REC'D
EXAMINED

887241



BOISE ID RPDC 837

19 MAY 2025 PM 2  L

*USA*FOREVER*

United State court federal building
550 W. FORT St
Boise, ID 83 724